IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV71

| | |
|---|---|
| LEGAL SERVICES CORPORATION, | ) |
| Plaintiff, | ) |
| Vs. | ) **ORDER** |
| PISGAH LEGAL SERVICES, | ) |
| Defendant. | ) |

Plaintiff has orally moved the Court for an additional extension of thirty (30) days within which to respond to the Defendant's Motion to Dismiss and Defendant's Counterclaim.

With the consent of the Defendant, and upon good cause shown and the good faith representations made to the Court by the parties, it is ordered that Plaintiff has until August 4, 2005, to respond to the Defendant's Motion to Dismiss and the Defendant's Counterclaim.

**Signed: June 28, 2005**

Lacy H. Thornburg
United States District Judge